Tracy Collins, SBN 144307
Law Offices of Tracy Collins
5699 Kanan Road, Suite 415
Agoura Hills, CA 91301
Phone: (818) 889-2441
Fax: (818) 889-1210

Attorney for Plaintiff Kelly Lavino

FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

KELLY LAVINO,

    Plaintiff,

-vs-

METROPOLITAN LIFE INSURANCE COMPANY; MALCOLM PIRNIE WELFARE BENEFIT PLAN,

    Defendants.

NO. CV-10-3623 SVW (FMOx)

[PROPOSED] JUDGMENT

The Honorable Stephen V. Wilson

In accordance with the Court's Findings of Fact and Conclusions of Law filed January 20, 2011, it is hereby ORDERED that Plaintiff Kelly Lavino ("Lavino") shall have judgment against Defendants Metropolitan Life Insurance Company and the Malcolm Pirnie Welfare Benefit Plan, collectively ("Defendants").

Defendants shall pay "any occupation" long term disability benefits to Lavino in accordance with the terms of the Malcolm Pirnie Welfare Benefit Plan ("Plan") commencing March 29, 2010 and continuing so long as Lavino remains disabled as defined by the Plan, plus interest on such benefits at the rate prescribed by 28 U.S.C. Section 1961.

Lavino may petition the Court for an award of her reasonable attorney's fees and costs as prescribed by 29 U.S.C. Section 1132 (g) (1).

Dated: 1/26/11

STEPHEN V. WILSON
U.S. District COURT JUDGE